# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

Stephen J. Markman,
Chief Justice

154957(46)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 154957
                                  COA: 333701
                                  Grand Traverse CC:
                                  2015-012184-FH

ARTHUR JOSEPH ROUSE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 29, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018

a0326

Clerk